USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 5 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILLIP SULLIVAN JR.,
*on behalf of himself and all others similarly situated,*

                Plaintiff,

-against-

BH MEDIA GROUP, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Civ. 8139 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record of today's proceedings, Defendant's motion to dismiss the complaint for lack of personal jurisdiction, (ECF No. 11), is GRANTED.

Dated: May 15, 2018
      New York, New York

                                        SO ORDERED.

                                        *[signature]*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE