UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP SULLIVAN JR.,
On behalf of himself and all others similarly
situated,

                  Plaintiff,

-against-

BH MEDIA GROUP, INC.,

                  Defendant.
------------------------------------------------------------X

17 **CIVIL** 8139 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 15, 2018, Defendant's motion to dismiss the complaint for lack of personal jurisdiction is granted.

**Dated:** New York, New York
        May 16, 2018

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/16/2018